**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JOSE CABALLERO,

      Petitioner,

v.                                        CASE NO. 5:12-cv-00197-MP-EMT

DEPARTMENT OF HOMELAND SECURITY,

      Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 30, 2012.  (Doc. 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is DENIED.

**DONE AND ORDERED** this  *2nd* day of January, 2013

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge